# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEVIN JOHNSON,<br><br>　　　　　Defendant. | Case No.: 2:20-cr-00278-JAD-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 17) |

　　　Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 17.

　　　IT IS HEREBY ORDERED that an evidentiary hearing on this motion is set for June 30, 2021, at 10:00 a.m., in Courtroom 3C. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

　　　IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

　　　IT IS FURTHER ORDERED that, no later than June 10, 2021, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

　　　IT IS SO ORDERED.

　　　DATED: June 4, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE