**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN JOHNSON,<br><br>　　　　　　　Defendant. | Case No.: 2:20-cr-00278-JAD-NJK<br><br>**ORDER OF DISMISSAL**<br><br>ECF No. 24 |

　　　Based on the Government's Motion to Dismiss [ECF No. 24] and the Defendant's Non-Opposition [ECF No. 25], IT IS HEREBY ORDERED that Indictment as to Kevin Johnson is dismissed without prejudice and the warrant is quashed. IT IS FURTHER ORDERED that the Motion to Suppress [ECF No. 17] is DENIED as moot. The defendant is to be released from custody immediately absent any detainers.

　　　Dated: June 11, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE